# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-30535
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
March 7, 2018

Lyle W. Cayce
Clerk

MOHAMMED AHMED HASSAN ABDALLAH OMRAN,

Plaintiff-Appellant

v.

UNITED STATES OF AMERICA; NICOLE ROY; UNKNOWN DEFENDANT,

Defendants-Appellees

Appeals from the United States District Court
for the Western District of Louisiana
USDC No. 1:15-CV-1418

Before DAVIS, CLEMENT, and COSTA, Circuit Judges.

PER CURIAM:*

Mohammed Ahmed Hassan Abdallah Omran unsuccessfully pursued claims based on alleged damage to his laptop, and we dismissed his appeal as frivolous. *See Omran v. United States*, 668 F. App'x 131, 131-32 (5th Cir. 2016), *cert. denied*, 137 S. Ct. 1343 (2017). He now appeals the dismissal of a motion filed pursuant to Rule 60(b) of the Federal Rules of Civil Procedure in an attempt to revive his dismissed claims. We affirm.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-30535

Omran fails to demonstrate that the original judgment is void or any other basis for Rule 60(b) relief. *See Norris v. Causey*, 869 F.3d 360, 366 (5th Cir. 2017); *Pryor v. U.S. Postal Service*, 769 F.2d 281, 286 (5th Cir. 1985). Furthermore, under these circumstances, he also fails to demonstrate that the district court abused its discretion by prohibiting the filing of additional meritless challenges to the judgment in this closed case. *See Farguson v. MBank Houston, N.A.*, 808 F.2d 358, 359-60 (5th Cir. 1986).

AFFIRMED.